UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                              CHAPTER 7 CASE

Kari Greenwood                                      CASE NO. 10-44789

                        Debtor.                    ORDER

_____

          This case came before the court on the motion of US Bank N.A., seeking relief from the

automatic stay imposed by 11 U.S.C. § 362.   Based on the motion and the file,

IT IS ORDERED:

          1.       The movant, its assignees and successors in interest, are granted relief from the

automatic stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated July 25,

2008, executed by Kari Ann Greenwood, Single Woman, recorded on August 12, 2008, as

Document No. 392051, covering real estate located in Isanti County, Minnesota, legally

described as:

                    Lot 22, Block 9, Yerigan Farms
          and commonly known as 1802 Independence Street S, Cambridge, Minnesota

and may pursue its remedies under state law in connection with the mortgage deed.

          2.       Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: September 9, 2010

                                             /e/ Robert J. Kressel
                                             United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/09/2010*
Lori Vosejpka, Clerk, by LMH